1  SQUIRE SANDERS (US) LLP
   Mark C. Goodman (State Bar No. 154692)
2  E-mail:     Mark.Goodman@squiresanders.com
   Michelle M. Full (State Bar No. 240973)
3  E-mail:     Michelle.Full@squiresanders.com
   275 Battery Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  +1.415.954.0200
5  Facsimile:  +1.415.393.9887

6  Attorneys for Plaintiff
   LOGTALE, LTD.
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 | LOGTALE, LTD., a British Virgin Islands corporation, | Case No.   CV11-05452 MEJ |

13 Plaintiff,

**MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] SCHEDULING ORDER**

14  vs.

15  IKOR, Inc., a South Dakota corporation, Dr. James CANTON, an individual, and Dr. Ross W. TYE, an individual,

   Defendants.

*Current CMC Date*
Date:       February 23, 2012
Time:       10:00 a.m.
Courtroom:  B
Floor:      15

*Proposed CMC Date*
Date:       May 24, 2012
Time:       10:00 a.m.
Courtroom:  B
Floor:      15

Action Filed: November 9, 2011

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES;
[PROPOSED] SCHEDULING ORDER - Case No. CV11-05452 MEJ

Pursuant to Civil Local Rules 16-2 and 7, Plaintiff Logtale Ltd. ("Logtale") hereby moves the Court to continue the Case Management Conference currently scheduled for February 23, 2012 at 10:00 a.m. by approximately ninety (90) days to May 24, 2012, or as soon thereafter at the Court's convenience. All related deadlines should be continued accordingly.

1. On November 9, 2011, Logtale filed a complaint against Defendants IKOR, Inc., Dr. James Canton and Dr. Ross W. Tye. (Dkt. No. 1.) Defendants never filed any responsive pleading to that complaint, instead proposing that Logtale forbear further litigation efforts so that the parties could discuss settlement. (Declaration of Michelle M. Full submitted herewith ("Full Decl.") at ¶2.)

2. The same day that Logtale filed its complaint, the Court issued an ADR Scheduling Order (Dkt. No. 2) setting a Case Management Conference for February 23, 2012. The Court set related deadlines for the parties to meet and confer and prepare a Joint Case Management Statement and disclosures as required by Rule 26(f).

3. On February 13, 2012, Logtale filed its First Amended Complaint. (Dkt. No. 7.) Defendant Dr. Ross W. Tye and Defendant IKOR, Inc. have been served. (Dkt. Nos. 9 and 10.) Logtale is still attempting to serve Dr. James Canton. (Full Decl. at ¶3.) Defendants have not yet filed an answer or responsive pleading to Logtale's First Amended Complaint. (*Id.* at ¶4.)

4. In light of the circumstances outlined above, this case is technically not yet at issue. To allow Defendants time to appear and respond to the First Amended Complaint, Logtale requests a continuance of the Case Management Conference and related deadlines by approximately ninety (90) days.

\\\
\\\
\\\
\\\
\\\
\\\
\\\

**SQUIRE SANDERS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111

1
MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES;
[PROPOSED] SCHEDULING ORDER - Case No. CV11-05452 MEJ

1    Accordingly, Logtale respectfully requests that the Court enter the accompanying order
2    permitting an approximately ninety (90) day extension of time for the Case Management
3    Conference and related deadlines.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: February 16, 2012 | SQUIRE SANDERS (US) LLP |
|   | By: */s/ Michelle M. Full*<br>    Michelle M. Full |
|   | Attorneys for Plaintiff LOGTALE, LTD. |

**SQUIRE SANDERS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California  94111

2
MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES;
[PROPOSED] SCHEDULING ORDER - Case No. CV11-05452 MEJ

# [PROPOSED] SCHEDULING ORDER

Having considered the motion of Plaintiff Logtale Ltd. to continue the Case Management Conference currently scheduled for February 23, 2012 at 10:00 a.m., and all related deadlines, by approximately ninety (90) days, and good cause appearing, the Court hereby GRANTS Logtale's motion as follows:

1. The Initial Case Management Conference set for Thursday, February 23, 2012 at 10:00 a.m. shall be continued to 10:00 a.m. on Thursday, May 24, 2012.

2. Consistent with the Court's November 9, 2011 Order Setting Initial Case Management Conference and ADR Deadlines, related deadlines are continued accordingly:

- At least 21 days before the scheduled conference, the parties shall meet and confer in accordance with Civil Procedure Rule 26(f) and ADR Local Rule 3-5 and file relevant ADR documents as required by Civil Local Rule 16-8 and ADR Local Rule 3-5;

- At least 7 days before the scheduled conference, the parties shall file the Rule 26(f) Report, complete initial disclosures or state objections and file a Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: February 16, 2012

_____
Judge Maria-Elena James